Argued February 27, affirmed February 27, 1973

STATE OF OREGON, *Respondent, v.* DONALD
CHRISTOPHER GALBERT (No. C 72-06-1789 Cr),
*Appellant.*

506 P2d 730

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.